UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Byron Guinther, | : | |
| | | Case No. 2:06 CV 729 |
| Plaintiff, | : | |
| | | Judge Frost |
| Vs. | : | Magistrate Judge King |
| | | |
| Officer Jason Weekley, et. al.,: | | **NOTICE OF DEPOSITION** |
| | | |
| Defendant. | : | |

Please take notice that on Thursday, May 10, 2007 at 10:00 a.m. at the law office of K. Robert Toy, 50 ½ S. Court Street, Athens, Ohio, 45701, Plaintiff Byron Guinther will take the deposition of Defendant's Jason Weekley, Richard Flanagan, Vince DiFabrizio, and Robert Wallace upon oral cross-examination, pursuant to Ohio Rules of Civil Procedure. Defendant Jason Weekley's deposition will begin at 10 a.m., Defendant Richard Flanagan will begin at 11 a.m., Defendant Vince DiFabrizio will begin at 1 p.m., and Defendant Robert Wallace will begin at 2 p.m. The deposition will be taken before a court reporter. The oral examination will continue from day to day until completed.

Please note that this notice, pursuant to Ohio Rule 30(A) has the force and effect of a subpoena.

Respectfully Submitted,

 s/K. Robert Toy
K. Robert Toy, #0011061
TOY LAW OFFICE
50 ½ South Court Street
Athens, Ohio 45701
Attorney for Defendant

## PROOF OF SERVICE

The undersigned counsel hereby certifies that the original of the foregoing *Notice of Depostion* was served upon Mel L. Lute, Jr., 400 s. Main Street, North Canton, Ohio 44720 by regular U.S. mail on this 13th day of March 2007.

    _s/K. Robert Toy_
K. Robert Toy
Attorney for Plaintiff