# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BYRON R. GUINTHER, | ) | CASE NO. 2:06 CV 729 |
| Plaintiff, | ) | JUDGE FROST<br>MAGISTRATE JUDGE KING |
| vs. | ) | |
| OFFICER JASON R. WEEKLEY, et al., | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

Plaintiff, Byron R. Guinther, and Defendants, Mayor Vince DiFabrizio, Officer Richard Flanagan, Chief Michael Kovalyk, Former Chief Robert Wallace, and Officer Jason R. Weekley, have stipulated that any and all claims asserted by plaintiff, Byron R. Guinther, against all defendants be dismissed with prejudice. The Court has reviewed the Stipulation for Dismissal with Prejudice, and find it sufficient and hereby ORDERS that any and all claims asserted by plaintiff against defendants be dismissed with prejudice, costs born by the respective parties.

Dated this 4th day of September, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT

cc: All Parties of Record

_____
K. Robert Toy, #0010061
Attorney for Plaintiff